UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ELIZABETH BROOKS,<br><br>        Plaintiff,<br><br>vs<br><br>ROBERT LARSON AUTOMOTIVE GROUP INC., et al.,<br><br>        Defendant. | CV09-5016FDB<br><br>MINUTE ORDER |

NOW, on this 20th day of August, 2009, the Court directs the Clerk to enter the following Minute Order:

The Court DENIES Defendants' Motion to strike Plaintiff's untimely Opposition of Motion to Compel Arbitration [Dkt. #26]. Defendants are granted an extension until August 27, 2009 to file a Reply in support of the Motion to Compel Arbitration [Dkt. #17]. The motion is re-noted for consideration on August 28, 2009.

The foregoing Minute Order entered at the direction of the Honorable Franklin D. Burgess, United States District Judge.

                                                              **/s/ Pat LeFrois**
                                                              Pat LeFrois
                                                              Courtroom Deputy